UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOEL GREEN,

                              Plaintiff,

      -v-

ESRT 112 WEST 34TH STREET, L.P., et al.,

                            Defendants.

23 Civ. 5925 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The pursuant to the Court's November 7, 2023 order granting an extension of the fact discovery deadline to April 3, 2024, the case management conference previously scheduled to take place January 12, 2024 is adjourned to May 2, 2024 at 3:00 p.m.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 16, 2023
       New York, New York