# SIMMONS JANNACE DeLUCA, LLP

### ATTORNEYS AT LAW
### 43 CORPORATE DRIVE
### HAUPPAUGE, NEW YORK 11788-2048
### (631) 873-4888
### FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon
_____
Irina Feferman*
Michael C. Hayes
Amanda M. Hill
Thomas J. Jannace
Matthew C. Maloney
Aric H. Peymann
Scott H. Wertheimer
Nicholas C. Zotto

Counsel

Susan B. Jannace
Ross M. Chinitz^
_____

*Also Admitted NJ
^Also Admitted CT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____01/25/2024
```

January 24, 2024

**VIA ECF**

Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St., Room 750
New York, New York 10007

> Re:  Green, Joel v. ESRT 112 West 34 Street, L.P. and Target
>      Corporation,
>      Case No.: 23-cv-5925-PAE-KHP
>      Our File No.: 384-10024         ____

Dear Magistrate Judge Parker:

This office represents ESRT 112 West 34th Street, L.P. ("ESRT") and Target Corporation ("Target") in the above-referenced matter. Please allow this correspondence to serve as the defendants' application to adjourn the settlement conference currently scheduled before Your Honor for February 12, 2024, at 10:00 am. Plaintiff's counsel consents to the application as outlined herein.

Defendants respectfully request that the conference be rescheduled as plaintiff has yet to be deposed or advise if he will be having surgery. Plaintiff is scheduled to be deposed on January 30, 2024, which should address these issues. By Order dated November 7, 2023, Judge Engelmayer extended the deadline to complete depositions until March 1, 2024. The current fact discovery deadline is April 3, 2024. Accordingly, the defendants respectfully request the conference be adjourned for 45 days which

January 24, 2024
Page 2


should provide enough time for the case to be evaluated for
settlement. There have been no prior adjournment requests.

      Thank you for the opportunity to address the Court in this
matter.

                    Very truly yours,

                    /S/ Sal F. DeLuca
                    Sal F. DeLuca

AMH/yb:

cc: **VIA ECF**

COHEN & COHEN
Attorneys for Plaintiff
104-70 Queen Boulevard, Suite 312
Forrest Hills, New York 11375

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for
Monday, February 12, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500
Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, March 28, 2024 at
10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the
person with decision making authority to settle the matter to the conference. The parties are
instructed to complete the Settlement Conference Summary Report and prepare pre-
conference submissions in accordance with the Judge Parker's Individual Rules of Practice.
Pre-conference submissions must be received by the Court no later than <u>March 21, 2024 by
5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

01/25/2024